IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Edward A

Printed: 9/3/08

Case Number: 07 B 00486
Judge: Hollis, Pamela S
Filed: 1/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 21, 2008
Confirmed: March 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,925.00 |  |
| Secured: |  | 554.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 210.37 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 160.43 |
| Other Funds: |  | 0.00 |
| Totals: | 2,925.00 | 2,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,000.00 | 2,000.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 11,207.92 | 554.20 |
| 4. | Internal Revenue Service | Priority | 3,800.00 | 210.37 |
| 5. | Internal Revenue Service | Unsecured | 66.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 64.90 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 100.63 | 0.00 |
| 8. | Chase Bank | Unsecured |  | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,239.45 | $ 2,764.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 145.80 |
| 6.5% | 14.63 |
|  | _____ |
|  | $ 160.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Edward A

Printed: 9/3/08

Case Number:  07 B 00486
Judge:  Hollis, Pamela S
Filed:  1/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____